| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT  NOMINATION FILING | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Lioi, Sara E | 2. Court or Organization U.S. District Court, Ohio | 3. Date of Report 7/18/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Nominee | 5. ReportType (check appropriate type) ● Nomination, Date 7/13/2006  ○ Initial   ○ Annual   ○ Final | 6. Reporting Period 1/1/2005 to 6/30/2006 |
| 7. Chambers or Office Address Stark County Courthouse 115 Central Plaza, North Canton, Ohio 44702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed  Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge | Stark County Common Pleas Court |
| 2. Director (President of Board from 4/04-4/05) | Community Services of Stark County, Inc. |
| 3. Director | Plain Local School Foundation |
| 4. Director | Plain Local Alumni Association |
| 5. Director | Stark County Humane Society |
| 6. Member | Walsh University Advisory Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Ohio/Judiciary - Salary | 87,955.70 |
| 2. | 2004 | County of Stark (State of Ohio) - Salary | 13,980.01 |
| 3. | 2005 | State of Ohio/Judiciary - Salary | 90,419.08 |
| 4. | 2005 | County of Stark (State of Ohio) - Salary | 13,999.96 |
| 5. | 2006 | State of Ohio/Judiciary - Salary | 51,097.68 |
| 6. | 2006 | County of Stark (State of Ohio) - Salary | 6,999.98 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lioi, Sara E | 7/18/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. KeyBank Account | A | Interest | J | T | Exempt | | | | |
| 2. Public Employee Retirement System | | None | M | T | | | | | |
| 3. IRA | D | Dividend | M | T | | | | | |
| 4. -JP Morgan Liquid Assets Moneymarket | | | | | | | | | |
| 5. -Columbia Large CAP Value Class C | | | | | | | | | |
| 6. -Columbia Mid CAP Value Class C | | | | | | | | | |
| 7. -Exxon Mobile Corp Common Stock | | | | | | | | | |
| 8. -Federated High Income Bond Class C | | | | | | | | | |
| 9. -Fifth Third Bancorp Common Stock | | | | | | | | | |
| 10. -JP Morgan Intermed Bond Class C | | | | | | | | | |
| 11. -MFS Mass Investor Growth Stock C | | | | | | | | | |
| 12. -Medco Health Solutions Inc. Common Stock | | | | | | | | | |
| 13. -Merck & Co. Inc. Common Stock | | | | | | | | | |
| 14. -Oppenheimer Int'l Growth Class C | | | | | | | | | |
| 15. -Oracle Corporation Common Stock | | | | | | | | | |
| 16. -Progressive Energy Inc. Contigent Value Oblig. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,000-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _____ 7/18/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 8 | 803 | Notes payable to banks-secured | | 18 | 353 |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | 6 | 500 |
| Listed securities-add schedule | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 33 | 450 | | | | |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| IRA | 175 | 630 | | | | |
| Public Employees Retirement System | 111 | 422 | | | | |
| | | | Total liabilities | | 24 | 853 |
| | | | Net Worth | | 304 | 452 |
| Total Assets | 329 | 305 | Total liabilities and net worth | | 329 | 305 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |